# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN THE INTEREST OF: V.L.D.H, A MINOR

PETITION OF: A.R., MOTHER

No. 454 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.